# EXHIBIT 1

# United States Patent Office

**679,186**
**Registered May 26, 1959**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 56,220, filed July 28, 1958

# FRISBEE

Wham-O Mfg. Co. (California corporation)
835 E. El Monte St.
San Gabriel, Calif.

For: TOY FLYING SAUCERS FOR TOSS GAMES,
in CLASS 22.
First use June 17, 1957; in commerce July 8, 1957.

# United States Patent Office

**970,089**
Registered Oct. 9, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 430,545, filed July 21, 1972

## FASTBACK FRISBEE

Wham-O Manufacturing Company (California corporation)
835 E. El Monte St.
San Gabriel, Calif. 91778

For: FLYING SAUCER USED IN SPORTS GAMES, in CLASS 22 (INT. CL. 28).

First use at least as early as Mar. 9, 1971; in commerce at least as early as Mar. 9, 1971.

Owner of Reg. No. 679,186.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,410,998

Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ULTIMATE

WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

FOR: FLYING DISCS; TOY FLYING DISCS AND SAUCERS USED IN SPORT AND RECREATIONAL ACTIVITIES AND GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-970,034, FILED 9-8-2006.

SALLY SHIH, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# FRISBEE

**Reg. No. 4,046,202**

**Registered Oct. 25, 2011**

**Int. Cls.: 6, 9, 14, 18, 20, 21, 24, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

FOR: METAL KEY CHAINS; METAL KEY RINGS; FIGURES OF COMMON METAL; FIGURINES OF COMMON METAL; METAL BICYCLE LOCKS; METAL KEY HOLDERS; BRONZE RECOGNITION PLAQUES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: COMPUTER GAMES AND COMPUTER GAME PROGRAMS, NAMELY, VIDEO GAMES AND INTERACTIVE VIDEO GAMES FOR USE WITH GAMING CONSOLES, CELL PHONES, PERSONAL COMPUTERS, AND HAND-HELD VIDEO GAME DEVICES; DOWNLOADABLE SOFTWARE, NAMELY, VIDEO GAMES AND INTERACTIVE VIDEO GAMES; SUNGLASSES; DECORATIVE MAGNETS; EYEGLASS CASES; TELEPHONES; FASHION EYEGLASSES; SWIMMING GOGGLES; SNOW GOGGLES; DIVING GOGGLES; GOGGLES FOR SPORTS; INFLATABLE FLOATATION DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: PRECIOUS METALS AND THEIR ALLOYS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; JEWELRY, COSTUME JEWELRY; EARRINGS; RINGS; MEDALLIONS; NON-MONETARY COINS OF PRECIOUS METAL; CLOCKS; WATCHES; STOP WATCHES; ANKLE BRACELETS; BODY PIERCING RINGS AND STUDS; AND IDENTIFICATION BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: ANIMAL SKINS, HIDES; TRUNKS AND TRAVELING BAGS; UMBRELLAS; SADDLERY; LUGGAGE, SPORTS BAGS, DUFFEL BAGS, GARMENT BAGS, BACKPACKS, BRIEF CASES, FANNY PACKS, HANDBAGS, LUGGAGE TAGS; KNAPSACKS; TOTE BAGS; PURSES; WALLETS; CREDIT CARD CASES; GYM BAGS; ALL-PURPOSE SPORTS GEAR CARRYING BAGS; DOG LEASHES; SHOE BAGS FOR TRAVEL; SCHOOL BAGS; PET COLLARS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,046,202** FOR: NON-METAL KEY RINGS AND CHAINS; HAND-HELD MIRRORS; PLAQUES OF BONE, IVORY, PLASTIC, WAX, AND WOOD; SOFT SCULPTURE WALL DECORATIONS; DECORATIVE MOBILES; PLASTIC AND METAL STANDS FOR DISPLAYING OR HOLDING VARIOUS TYPES OF TOYS AND SPORTING EQUIPMENT; PLASTIC FIGURINES; PLASTIC WATER-FILLED SNOW GLOBES; TOY BOXES; PLASTIC AND WOOD FIGURINES; PLASTIC IDENTIFICATION TAGS; FURNITURE, CHAIRS AND STOOLS, TABLES, FOLDING SPORTS SEATS AND STOOLS, FOOTSTOOLS, INFLATABLE PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: COMBS, BATH SPONGES, KITCHEN SPONGES; BEVERAGE GLASSWARE; DRINKING CUPS AND GLASSES; JUGS; DECORATIVE AND COMMEMORATIVE PLATES; DINNERWARE; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN AND TERRA COTTA; MUGS MADE OF EARTHENWARE, GLASS AND PORCELAIN; LUNCH BOXES; TANKARDS NOT OF PRECIOUS METAL; MEAL TRAYS, WASTEPAPER BASKETS; CANDLESTICKS OF GLASS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: TABLE LINEN, TABLE CLOTHS NOT OF PAPER, TOWELS; BEACH TOWELS; BED LINENS; TABLE LINENS; CLOTH BANNERS; CLOTH PENNANTS; WOOLEN BLANKETS, SILK BLANKETS, BED BLANKETS; COVERLETS; CLOTH NAPKINS; LAP ROBES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, BATHING SUITS, BELTS, NECKTIES, SUSPENDERS, BANDANAS, INFANT AND TODDLER SLEEPWEAR, BATHROBES, NIGHT SHIRTS, PAJAMAS AND LOUNGEWEAR, BEACH COVER-UP DRESSES, CLOTH DIAPER SETS, KNIT DRESSES WITH PANTS SETS, SHORTS AND TOP SETS, SKIRT/PANTY COMBINATIONS, SOCKS, PLAY SUITS, COVERALLS, UNION SUITS, COLLARLESS SHIRTS, SHORTS, PANTS AND SLACKS, SHIRTS; JACKETS, NAMELY, WIND-RESISTANT JACKETS AND NYLON SHELLS; SPORTS UNIFORMS; SWEATERS; PARKAS; TURTLENECKS; MITTENS; GLOVES; UNDERWEAR; ROMPERS; JERSEYS; HEADWEAR AND SCARVES; EAR MUFFS, EAR BANDS AND HEADBANDS; HOSIERY; RAIN PONCHOS AND JACKETS; BATH THONGS; VISORS; APRONS; SKI AND CLOTH BIBS; T-SHIRTS; SWEATSHIRTS; SWEATPANTS; COATS; PULLOVERS; SKI SUITS; GOLF SHIRTS AND HATS; BLAZERS; LEGWARMERS; EVENING TOPS; JEANS; LEOTARDS; WORKOUT AND SPORTS APPAREL, NAMELY, TANK TOPS, SPORTS BRAS; SKI MASKS; FOOTWEAR, NAMELY, SHOES, BOOTS, SLIPPERS, AND BEACH SANDALS; HEADGEAR, NAMELY, HATS, CAPS, BASEBALL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: BOARD GAMES, TARGET GAMES; DECORATIONS FOR CHRISTMAS TREES; TOY FLYING DISKS; SLEDS; TOBOGGANS; BODY BOARDS; BAGS ESPECIALLY DESIGNED FOR SURFBOARDS; LEASHES USED IN CONJUNCTION WITH SURFING; SKIM BOARDS; SURF BOARDS; SWIM FINS; DOLLS AND STUFFED TOY ANIMALS; TOY SCALE MODEL VEHICLES; JIGSAW PUZZLES; CHRISTMAS TREE ORNAMENTS; COMMEMORATIVE SPORTS BALLS; ACTION PUPPETS; INFLATABLE TOYS; TEDDY BEARS; DARTBOARD CABINETS AND DARTS; CHRISTMAS STOCKINGS; BASKETBALL BACKBOARDS; YO-YOS; ACTION FIGURES AND ACCESSORIES THEREFORE; MARBLES; SPORTS BALLS; VOLLEYBALL NETS, TENNIS NETS, NETS FOR BALL GAMES; PLASTIC TOY HOOPS; TOY FOOT BEAN BAGS; GYMNASTIC EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; BALLOONS; GOLF GLOVES; RADIO-OPERATED TOY VEHICLES; TOYS FOR PETS; PINBALL MACHINES; DISCUSES; EXER-

**Reg. No. 4,046,202**    CISE EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; INFLATABLE INNER TUBES FOR AQUATIC RECREATIONAL USE; WATER TOYS; SAND TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 679,186, 1,151,090, AND OTHERS.

SN 78-931,341, FILED 7-17-2006.

RICHARD WHITE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,226,066
Registered Feb. 1, 1983

## TRADEMARK
### Principal Register

# WHAM-O

Wham-O Mfg. Co. (California corporation)
835 E. El Monte St.
San Gabriel, Calif. 91778

For: GAMES AND PLAYTHINGS, GYMNAS-TIC AND SPORTING ARTICLES—NAMELY, WATER PLAY TOYS, FLYING DISCS AND RINGS, BUBBLE MAKING TOYS AND EQUIP-MENT—NAMELY, BUBBLE FLUID AND WANDS, GRANULAR MATERIALS WITH HY-DROPHOBIC PROPERTIES USED IN THE NA-TURE OF A TOY, BALLS, BALL THROWING AND CATCHING APPARATUS, EXERCISE AP-PARATUS—NAMELY, PLIABLE DUMB-BELL EXERCISER, MATERIAL AND APPARATUS FOR BLOWING PLASTIC BALLOONS—NAME-LY, PLASTIC BUBBLE COMPOUND AND TUBES, in CLASS 28 (U.S. Cl. 22).

First use Jun. 1957; in commerce Jul. 1957.
Owner of U.S. Reg. Nos. 730,346 and 1,042,388.

Ser. No. 348,293, filed Feb. 2, 1982.

HENRY S. ZAK, Examining Attorney